IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00377-RM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  DANIEL ADOLPH RODRIGUEZ,

  Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

  This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **December 1, 2014 at 9:00 a.m.**  It is

  ORDERED THAT all pretrial motions shall be filed by **October 10, 2014** and responses to these motions shall be filed by **October 17, 2014**.  It is further

  ORDERED that a Trial Preparation Conference is set for **November 25, 2014 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

  The parties shall be prepared to address the following issues at the Trial Preparation Conference:

  1)  jury selection;

  2)  sequestration of witnesses;

  3)  timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 1st day of October, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge