## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 14-cr-00377-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      DANIEL ADOLPH RODRIGUEZ,

      Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

      Pursuant to the Notice of Disposition filed on November 4, 2014 (Docket No. 21).  A Change of Plea Hearing is set for **December 10, 2014 at 9:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motion hearing scheduled for **November 12, 2014**, the trial preparation conference scheduled for **November 25, 2014**, and the **three-day** jury trial scheduled for **December 1, 2014** are VACATED.

DATED this 5th day of November, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
